IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER PIERCE, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>RAY ROBERTS, et al., )<br>)<br>Respondents. ) | Case No. CIV-06-108-R |

### O R D E R

Before the Court is the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on February 6, 2006. No objection to the Report and Recommendation has been filed, and no extension of time in which to object has been sought. Therefore, the Report and Recommendation is hereby ADOPTED in its entirety. The petition for a writ of habeas corpus pursuant to Title 28 U. S. C. § 2254 is hereby DISMISSED with prejudice.

**IT IS SO ORDERED this 10th day of March, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE